# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANDREW L. MEEKS, II,

    *Plaintiff*,

vs.

CHERYL BURSON, *et al.*,

    *Defendants*.

2:12-cv-00759-GMN-PAL

ORDER

Plaintiff, a Nevada state inmate, has filed an application (#1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

The application is incomplete. Both a financial certificate properly executed by an appropriate institutional officer on the Court's required form and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. Plaintiff did not attach a statement of his inmate trust fund account for the past six months.

It does not appear from review of the allegations presented that a dismissal without prejudice will result in a promptly-filed properly commenced action being time-barred. This improperly-commenced action therefore will be dismissed without prejudice.

IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* (#1) is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new complaint in a new action together with either a new pauper application with all required, and new, attachments or payment of the $350.00 filing fee.

1  The Clerk of Court shall send plaintiff a copy of the papers that he filed along with the
2  complaint and pauper forms and instructions for both forms.
3  The Clerk shall enter final judgment accordingly, dismissing this action without
4  prejudice.
5  DATED this 30th day of May, 2012.

_____
Gloria M. Navarro
United States District Judge